UNITED STATES OF AMERICA

VS.

DEFENDANT                                    CRIMINAL NO.


PLEADING AVAILABLE IN HARD COPY IN FILE ROOM