PLAINTIFF
VS.
DEFENDANT

CIVIL ACTION NO.

REMOVED FROM THE RECORD PER COURT ORDER